———o———

No. 6467.

## NATIONAL SURETY COMPANY vs. CRESCENT CITY MANUFACTURING COMPANY.
### Syllabus.

#### On Motion to Dismiss.

An answer to an appeal which prays for an amendment of the judgment, waives the motion to dismiss.

Appeal from the Civil District Court for the Parish of Orleans, Division "A," No. 108,596. Honorable T. C. W. Ellis, Judge.

Grant & Grant, for plaintiff and appellee.

Denechaud & Rossi, for defendant and appellant.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

The appellee moves to dismiss this appeal (suspensive) on the ground that it was not taken within the delays allowed by law and on the further ground that the same is frivolous.

Appellee further prays that it be allowed damages for frivolous appeal.

The motion must be denied. "An answer to an appeal which prays for an amendment of the judgment, waives the motion to dismiss."

**Taggart vs. Noonan, 8 Ct. of Appeal, 159.**

Motion denied.

Opinion and decree, June 30th, 1915.